Law Offices of Todd M. Friedman, P.C.
Todd M. Friedman (216752)
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD MAKARON**, on behalf of himself and all others similarly situated, <br><br>           Plaintiff, <br><br> v. <br><br> **ORKIDIA LLC**, and DOES 1 through 10, inclusive, and each of them**,** <br><br>           Defendant. | Case No. 2:16-cv-00925-ODW-AFM <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 17th day of June, 2016.

By:   s/Todd M. Friedman
        Todd M. Friedman, Esq.
        Law Offices of Todd M. Friedman, P.C.
        Attorney for Plaintiff

Notice of Dismissal  - 1

Filed electronically on this 17th day of June, 2016, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 17th day of June, 2016, via the ECF system to:

Honorable Otis D. Wright, II
United States District Court
Central District of California

And mailed to:

Orkidia LLC
c/o Advantage Delaware LLC
3524 Silverside Rd., #35B
Wilmington, DE 19810


This 17th day of June, 2016.
By: s/Todd M. Friedman
      Todd M. Friedman

Notice of Dismissal - 2